IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONI L. PURYEAR,               ) | |
|      Plaintiff,                ) | |
|                                ) | |
| v.                             ) | CIVIL ACTION NO. 1:20-00179-N |
|                                ) | |
| ANDREW M. SAUL,                ) | |
| *Commissioner of Social Security*, ) | |
|      Defendant.                ) | |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Toni L. Puryear, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Puryear's applications for Social Security benefits.

**DONE** this the 22nd day of April 2021.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**